**E-filed 3/2/06**

1  Gregory J. Smith #124127
   **DOWLING, AARON & KEELER, INC.**
2  8080 North Palm Avenue, Third Floor
   P.O. Box 28902
3  Fresno, California 93729-8902
   Tel: (559) 432-4500
4  Fax: (559) 432-4590

5  Attorneys for EL RANCHO STEAKHOUSE and DERAR HAWARI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORGONIO NARANJO, HUGO CRUZ, TORIBIO MARTINEZ, ANDRES ORTEGA, SERGIO CABALLERO AND LEONARDO PEREZ<br><br>Plaintiffs,<br><br>vs.<br><br>EL RANCHO STEAKHOUSE, INC. AND DERAR HAWARI AND DOES 1 - 10<br>Defendants. | Case No. C06-00429<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS AND EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1) The parties, by and through counsel, have selected private ADR;

2) The parties agree to hold the ADR session as soon as possible, but no later than forty-five (45) days from the date of the Court's Order in this matter;

3) The parties agree that both the parties and their attorneys are available to attend mediation within forty-five (45) days of this stipulation and they will attend mediation within forty-five (45) days unless no person able to conduct the private ADR can be found who is available during the next forty-five (45) days;

4) The parties agree that focusing their efforts on resolution of the matter through ADR will be much more productive than taking adversarial positions through federal court law and motion practice. The parties wish to avoid the time and expense of preparing and responding to a motion to dismiss/strike the complaint and prefer to utilize limited resources to work toward a voluntary and mutually agreed upon resolution of the dispute; and

5) To assist in showing cooperation and moving the case toward a voluntary and mutually agreed upon resolution, Defendants agree to accept service of the Complaint through defense counsel. Plaintiffs stipulate to provide Defendants with an extension of time to respond to the complaint until fifteen (15) days after the mediator provides written notice to the parties that the mediation is concluded.

Dated: February 23, 2006        DAL BON & WANG

By: _____
JAMES DAL BON
Attorneys for Plaintiffs

Dated: February 23, 2006        DOWLING, AARON & KEELER INC.

By: _____
GREGORY J. SMITH

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND
EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

2

1 | Attorneys for Defendants

## ORDER PURSUANT TO STIPULATION:

1) The above captioned matter is referred to private ADR;

2) The deadline for the ADR session is ninety (90) days from the date of this Order;

3) Plaintiffs counsel will forward by U.S. Mail to defense counsel the summons, complaint, and all other papers to be served upon the defendants. Service will be deemed effective five (5) days after mailing; and

4) Defendants' time to respond to the complaint is extended to fifteen (15) days after receipt by defense counsel of written notice from the person conducting private ADR that ADR is concluded.

## IT IS SO ORDERED.

Dated: 3/2/06

JEREMY FOGEL
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

F:\WPD\120\12056\001\1212o2163.gjs.2.doc

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND
EXTENDING THE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
3