\*\*E-filed 6/29/06\*\*

ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs
Gorgonio Naranjo, Hugo Cruz,
Toribio Martinez, Indres Ortega,
Sergio Caballero and Leonardo Perez

GREGORY SMITH, ESQ.
DOWLING AARON & KEELER
8080 North Palm Avenue, Third Floor
Fresno, CA 93729-8902

Attorney for Defendants
El Rancho Steak House, Inc. & Derar Hawari

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GORGONIO NARANJO, ET AL. | Case No.: C06-00429 JF |
|---|---|
| Plaintiffs, | |
| vs. | STIPULATION OF DISMISSAL |
| EL RANCHO STEAKHOUSE, INC., ET AL. | |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties to this action and their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

It is further stipulated each party to bear its own costs and fees.

Dated: June 3, 2006         DAL BON & WANG

                            By: _____
                            ADAM WANG, Attorney for Plaintiffs

1                                            Case No.  C06-00429 JF

STIPULATION OF DISMISSAL
Naranjo, et al. v. El Rancho Steakhouse, Inc., et al.

RECEIVED JUN 5 2006

1  Dated: June 0 2, 2006

_____
GORGONIO NARANJO, Plaintiff

2

3  Dated: June  1 , 2006

_____
HUGO CRUZ, Plaintiff

4

5  Dated: June 01 , 2006

_____
TORIBIO MARTINEZ, Plaintiff

6

7  Dated: June 02, 2006

ANDRES ORTEGA
_____
ANDRES ORTEGA, Plaintiff

8  Dated: June 01 , 2006

_____
SERGIO CABALLERO, Plaintiff

9

10 Dated: June 01, 2006

_____
LEONARDO PEREZ, Plaintiff

11

12 Dated: June 6, 2006

DOWLING AARON & KEELER

13                                By: _____
                                   GREGORY SMITH
14                                 Attorney for Defendants

15 Dated: May ___, 2006

_____
16                                 DERAR HAWARI, Defendant

17                                 EL RANCHO STEAK HOUSE, INC.

18                            By: _____
19                                 DERAR HAWARI

20                            **[PROPOSED] ORDER**

21     **Pursuant to stipulation of the parties and counsel, Case No. C06-00429 JF is
22 ORDERED dismissed with prejudice, each party to bear its own costs and fees.**

23
    Dated:  June 29 , 2006         By: _____
24                                     Jeremy Fogel
                                       United States District Judge
25                                     For District for Northern California

2                              Case No.   C06-00429 JF

STIPULATION OF DISMISSAL
Naranjo, et al. v. El Rancho Steakhouse, Inc., et al.

```
 1  Dated: May ____, 2006        _____
                                 GORGONIO NARANJO, Plaintiff
 2
 3  Dated: May ____, 2006        _____
                                 HUGO CRUZ, Plaintiff
 4
 5  Dated: May ____, 2006        _____
                                 TORIBIO MARTINEZ, Plaintiff
 6
 7  Dated: May ____, 2006        _____
                                 ANDRES ORTEGA, Plaintiff
 8
 9  Dated: May ____, 2006        _____
                                 SERGIO CABALLERO, Plaintiff
10
11  Dated: May ____, 2006        _____
                                 LEONARDO PEREZ, Plaintiff
12  Dated: May ____, 2006        DOWLING AARON & KEELER
13                         By:   _____
14                               GREGORY SMITH
                                 Attorney for Defendants
15  Dated: May ____, 2006        /s/ DERAR HAWARI
16                               DERAR HAWARI, Defendant
17                               EL RANCHO STEAK HOUSE, INC.
18                         By:   /s/ DERAR HAWARI
19                               DERAR HAWARI
```

## [PROPOSED] ORDER

Pursuant to stipulation of the parties and counsel, Case No. C06-00429 JF is ORDERED dismissed with prejudice, each party to bear its own costs and fees.

Dated: May ___, 2006        By: _____
                                Jeremy Fogel
                                United States District Judge
                                For District for Northern California

2                                                    Case No. C06-00429 JF

STIPULATION OF DISMISSAL
Naranjo, et al. v. El Rancho Steakhouse, Inc., et al.